UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DENNIS STEWART EQUIPMENT RENTAL, INC. | CIVIL ACTION |
| VERSUS | |
| ONTARIO SPECIALTY CONTRACTING, INC., ET AL. | NO.: 14-00489-BAJ-RLB |

## ORDER

On November 14, 2014, all parties filed a **Joint Motion to Dismiss (Doc. 9)**, informing the undersigned that a settlement agreement has been reached and moving for dismissal Plaintiff's claims against Defendants. The parties have further requested that this Court specifically retain jurisdiction to enforce the settlement agreement. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381–82 (1994); *Hospitality House, Inc. v. Gilbert*, 298 F.3d 424, 430 (5th Cir. 2002).

IT IS ORDERED that the **Joint Motion to Dismiss (Doc. 9)** is **GRANTED**.

IT IS FURTHER ORDERED that the above-captioned matter is **DISMISSED**, without prejudice to the parties' rights to, within **SIXTY** days and upon good cause shown, re-open this matter if the settlement is not consummated.

IT IS FURTHER ORDERED that this Court shall retain jurisdiction over the settlement agreement.

1

Baton Rouge, Louisiana, this 15th day of December, 2014.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA